UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL VOLLRATH, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01458-DC-CSK<br><br>ORDER FOR RESPONSE and ORDER VACATING HEARING |

Presently pending before the Court is Plaintiff United States of America's motion for default judgment against Defendant Michael Vollrath, which was filed on May 14, 2025. (ECF No. 26.) On May 19, 2025, Plaintiff re-noticed the motion for a hearing on June 24, 2025. (ECF Nos. 28.) Under Local Rule 230(c), Defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by June 2, 2025. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendant one additional, final opportunity to oppose the motion.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 24, 2025 hearing on Plaintiff's motion for default judgment is VACATED;

2. Any opposition or statement of non-opposition by Defendant shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;

4. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and

5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated: 06/13/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, usa1458.25