UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VOLLRATH,<br><br>Defendant. | Case No.  2:24-cv-01458-DC-CSK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 26, 31) |

On October 8, 2025, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 31). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 31) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (Doc. No. 26) is GRANTED;
3. Plaintiff is awarded $1,159,800.56 plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) and other statutory additions running

1   from April 14, 2025, until paid in full; and

2   4.   The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:   **December 16, 2025**

    Dena Coggins
    United States District Judge

2